UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------X
JUNIOR ORILLEY SCOTT
(70684-053)

       -v-

UNITED STATES OF AMERICA
-------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT. E.D.N.Y.

★ MAY 0 4 2005 ★

BROOKLYN OFFICE

ORDER
CV04-4008 (JBW)

Petitioner has filed a motion on April 6, 2005. The court can take no action. The case is closed. See attached docket sheet entry 13.

                             SO ORDERED

                             _s/Jack B. Weinstein_
                             JACK B. WEINSTEIN
                             SR. U.S.D.J.

DATE-: 4/25/05

